# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| AH, a minor, by and through her parent and natural guardian, *SARAH* SCOTT, and SARAH SCOTT, in her own right,<br><br>Plaintiffs,<br><br>vs.<br><br>CALLAWAY GARDENS RESORT, INC. and IDA CASON CALLAWAY FOUNDATION,<br><br>Defendants. | CIVIL ACTION<br><br>FILE NO.: 4:19-CV-07 (CDL) |

## CONSENT ORDER TO DISMISS A PARTY WITHOUT PREJUDICE AND TO RECAST THE CAPTION OF THE COMPLAINT

Plaintiffs and Defendants, having jointly moved the Court for an order to dismiss IDA CASON CALLAWAY FOUNDATION without prejudice, and to recast the caption of the Complaint; and the Court, having considered said motion, hereby GRANTS the parties' motion as submitted.

IDA CASON CALLAWAY FOUNDATION is dismissed without prejudice, and the caption of this Complaint will hereinafter be styled as: AH, a minor, by and through her parent and natural guardian, SARAH SCOTT, and SARAH

SCOTT, in her own right, Plaintiffs v. CALLAWAY GARDENS RESORT, INC., Defendant.

The parties further consent that all pleadings previously filed shall be deemed to reflect the new caption of the case.

**SO ORDERED**
this 9th day of
April, 2019

S/Clay D. Land

U.S. District Judge