IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| A.H. *ex rel.* SARAH SCOTT and SARAH SCOTT, | * | |
| | * | |
| Plaintiffs, | * | |
| vs. | * | CASE NO. 4:19-CV-7 (CDL) |
| | * | |
| CALLAWAY GARDENS RESORT, INC., | * | |
| Defendant. | * | |

O R D E R

Plaintiffs move to voluntarily dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), which provides that "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." After considering the present record including Defendant's objections to dismissal, the Court finds it appropriate to dismiss this action without prejudice and without condition. Therefore, the Court grants Plaintiffs' motion to dismiss (ECF No. 52) and denies Defendant's motion for attorneys' fees (ECF No. 63).

IT IS SO ORDERED, this 23rd day of January, 2020.

S/Clay D. Land
CLAY D. LAND
CHIEF U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA